COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-088-CV

IN THE INTEREST OF J.J.M., A CHILD

 
 

----------

FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s May 25, 2009 letter to the court in which appellant states that he will not pursue the appeal.  The court construes appellant’s letter as a motion to dismiss the appeal pursuant to rule 42.1(a) of the Rules of Appellate Procedure.  Tex. R. App. P. 42.1(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a), 43.2(f).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.  

DELIVERED:  June 11, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.